IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ENCOMPASS OFFICE SOLUTIONS, INC. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:10-cv-96 |
| | § | |
| v. | § | |
| | § | |
| INGENIX, INC., UNITEDHEALTH GROUP, INC., | § | |
| UNITED HEALTHCARE SERVICES, INC. | § | |
| | § | |
| | § | |
| Defendants. | § | |

**AGREED STIPULATION REGARDING
RESPONSE TO MOTION TO DISMISS**

Plaintiff Encompass Office Solutions, Inc. and Defendants Ingenix, Inc., UnitedHealth Group, Inc. and United HealthCare Services, Inc. enter into this Agreed Stipulation and would respectfully state as follows:

1.    Encompass's response to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), or, in the Alternative, for a More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e) [Dkt. No. 16] is currently due on Wednesday, June 16, 2010.

2.    Encompass filed its Emergency Motion for Additional Extension of Time to Respond to Defendants' Motion to Dismiss [Dkt. N. 21] on June 14, 2010.

3.    The Court ordered Defendants to respond to the emergency motion by 5:00 p.m. on Thursday, June 17, 2010 [Dkt. No. 22].

4.    The parties hereby stipulate and agree that, if the Court denies Encompass's emergency motion for additional extension of time, Encompass's response to Defendants' motion

to dismiss will be due no earlier than three (3) business days after the Court enters such an order, and Defendants will not assert Encompass's failure to file a response on June 16, 2010, as grounds for waiver.

Dated: June 16, 2010

Respectfully submitted,

By:  /s/ Greg W. Curry

Greg W. Curry
State Bar No. 05270300

William L. Banowsky
State Bar No. 01697125

Adrienne E. Dominguez
State Bar No. 00793630

Jill Campbell Penn
State Bar No. 24051181

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
FAX (214) 969-1751

ATTORNEYS FOR PLAINTIFF, ENCOMPASS
OFFICE SOLUTIONS, INC.

By:  /s/ Matthew D. Orwig

  Matthew D. Orwig
  State Bar No. 15325300

  C. Shawn Cleveland
  State Bar No. 24012433

SONNENSCHEIN NATH & ROSENTHAL LLP
2000 McKinney, Suite 1900
Dallas, Texas  75201
(214) 259-0900
FAX (214) 259-0910

  Charles Chejfec (*pro hac vice* pending)
  Illinois State Bar No. 6230825

  Kathy P. Josephson (admitted *pro hac vice*)
  Illinois State Bar No. 6278242

KATTEN MUNCHIN ROSEMAN, LLP
525 W. Monroe Street, Suite 1600
Chicago, Illinois 60661
(312) 902-5200
FAX (312) 902-1061

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I electronically filed the foregoing document with the clerk for the United States District Court for the Eastern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to attorneys of record, who have consented in writing to accept this Notice as service of this document by electronic means.

   /s/ Greg W. Curry

512441 000005 DALLAS 2622265.1